UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| XAVIER UNIVERSITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO: 06-516 |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | SECTION: R(2) |

**ORDER**

Before the Court is Xavier University's Partial Motion for Summary Judgment Regarding Off-set Claimed by Defendant. (R. Doc. 73). Xavier's campus suffered substantial flooding and wind damage as a result of Hurricane Katrina. Travelers insured Xavier under an "all-risk" policy, and the parties dispute whether Travelers owes additional money under the policy. Xavier has also brought a claim for bad-faith penalties under La. Rev. Stat. §§ 22:1892 and 22:1973. After Katrina, Xavier received federal disaster relief funds from the Federal Emergency Management Agency. In its Motion, Xavier argues that Travelers cannot offset FEMA disaster relief funds received by Xavier

against the amount Travelers owes Xavier under its "all-risks" policy. Travelers does not claim that it is entitled to an offset of federal disaster relief funds. Xavier's Motion is therefore GRANTED.

New Orleans, Louisiana, this 28th day of April, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE